**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8542**

_____

DAVID CRUMP, a/k/a David Lee Crump, Sr.,

        Plaintiff - Appellant,

    v.

DOCTOR ARGARWAL, Deputy Director of N.C. Department of
Corrections Healthcare; BOYD BENNETT, Director for N.C.
Department of Corrections; CARLTON B. JOYNER, Director of
Case Management; STEVE BAILEY, Western Regional Area
Director for N.C. Department of Corrections; SID HARKELROAD,
a/k/a Sidney Harkelroad, Superintendent at Marion
Correctional Institution,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen,
Senior District Judge. (1:08-cv-00495-GCM)

_____

Submitted: September 29, 2009    Decided: October 8, 2009

_____

Before WILKINSON, MICHAEL, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Crump, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Crump appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Crump v. Argarwal, No. 1:08-cv-00495-GCM (W.D.N.C. Dec. 1, 2008). We deny Crump's pending motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED